UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Theodore Stevie Varner,  Civil 10-4738 ADM/FLN

    Petitioner,

v.  O R D E R

United States of America,

    Respondent.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated December 1, 2010, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Petitioner's application for habeas corpus relief under 28 U.S.C. §2241 [Docket No. 1] is **DENIED**;

2. Petitioner's application for leave to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

3. This action is summarily **DISMISSED** without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: February 1, 2011.         s/Ann D. Montgomery
at Minneapolis, Minnesota       JUDGE ANN D. MONTGOMERY
                                        United States District Court